**Ismael DELGADO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2009–3254.**

United States Court of Appeals, Federal Circuit.

Sept. 24, 2009.

Ismael Delgado, Miami, FL, pro se.

ON MOTION

*ORDER*

Ismael Delgado moves for leave to proceed in forma pauperis.

The court notes that Delgado's petition was dismissed on August 28, 2009 for failure to pay the fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The mandate is recalled, the court's August 28, 2009 dismissal order is vacated, and the petition for review is reinstated.

(3) The Office of Personnel Management should calculate its brief due date from the date of filing of this order.